United States District Court

For the Northern District of California

1
2
3
4

IN THE UNITED STATES DISTRICT COURT

5

FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

SAN JOSE DIVISION

7

CHONG'S PRODUCE, INC.,                           CASE NO. 5:14-cv-01242 EJD

8                                                                    **ORDER CONTINUING HEARING ON**
                          Plaintiff(s),                      **ORDER TO SHOW CAUSE**
9          v.

10    REMON I. DANIEL dba SAN CARLOS
       MARKET,
11

12                        Defendant(s).
                                                                    /
13

Having reviewed the parties' joint statement (see Docket Item No. 19) and good cause

14

appearing therefor, the hearing on the Order to Show Cause scheduled for June 6, 2014, is

15

CONTINUED to **July 11, 2014, at 10:00 a.m.**  On or before **July 3, 2014**, the parties shall file an

16

updated joint statement in response to the Order to Show Cause setting forth the status of the

17

settlement and amount of additional time necessary to finalize and file a dismissal.

18

The Order to Show Cause shall be automatically vacated and the parties relieved of the

19

obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil

20

Procedure 41(a) is filed on or before **July 3, 2014.**

21

22

**IT IS SO ORDERED.**

23

24

Dated: June 2, 2014

25
                                                                    EDWARD J. DAVILA
                                                                    United States District Judge
26

27

28

1

CASE NO. 5:14-cv-01242 EJD
ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE