IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHONG'S PRODUCE, INC., | CASE NO. 5:14-cv-01242 EJD |
| Plaintiff(s), | **ORDER STAYING CASE** |
| v. | |
| REMON I. DANIEL, dba SAN CARLOS MARKET, | |
| Defendant(s). | |

Having reviewed the document filed by Defendant on July 22, 2014 (see Docket Item No. 23), the court has determined that this action is subject to the mandatory stay provisions contained in 11 U.S.C. § 362.  Accordingly, this action is STAYED in favor of Defendant's bankruptcy proceedings as to all claims asserted against Defendant until further order of the court.  The Order to Show Cause hearing scheduled for August 8, 2014, is VACATED and the clerk shall ADMINISTRATIVELY CLOSE this file.

The court schedules this action for a Status Conference on at **10:00 a.m. on December 5, 2014.**  On or before **November 26, 2014**, the parties shall file a Joint Status Conference Statement which provides, inter alia, an update as to Defendant's bankruptcy proceeding and any adversarial proceeding between the parties.

**IT IS SO ORDERED.**

Dated:  August 1, 2014

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:14-cv-01242 EJD
ORDER STAYING CASE