UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHONG'S PRODUCE, INC, <br><br> Plaintiff, <br><br> v. <br><br> REMON I. DANIEL, dba SAN CARLOS MARKET, <br><br> Defendant. | Case No.  5:14-cv-01242-EJD <br><br> **ORDER CONTINUING STATUS CONFERENCE** |

Having reviewed Plaintiff's statement filed December 3, 2014 (Docket Item No. 25), the court has determined that a Status Conference is unnecessary at this time.  Accordingly, the Status Conference scheduled for December 5, 2014, is CONTINUED to **10:00 a.m. on March 26, 2015**. On or before **March 19, 2015**, the parties shall file a Joint Status Conference Statement which provides, inter alia, an update as to Defendant's bankruptcy proceeding and any adversarial proceeding between the parties.

**IT IS SO ORDERED.**

Dated: December 3, 2014

_____
EDWARD J. DAVILA
United States District Judge

1
Case No.: 5:14-cv-01242 EJD
ORDER CONTINUING STATUS CONFERENCE