UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHONG'S PRODUCE, INC, <br><br>    Plaintiff, <br><br> v. <br><br> REMON I. DANIEL, <br><br>    Defendant. | Case No.  5:14-cv-01242-EJD <br><br> **ORDER VACATING STAUS CONFERENCE; REOPENING CASE** |

Having reviewed Plaintiff's Status Conference Statement filed on March 20, 2015 (Docket Item No. 27), the court finds it appropriate to return this action to active status.  Accordingly, the stay imposed in favor of Defendant's bankruptcy proceedings (Docket Item No. 24) is DISSOLVED and the Clerk shall reopen this file.

The Status Conference scheduled for March 26, 2015, is VACATED.  The court schedules this case for a Case Management Conference at **10:00 a.m. on April 23, 2015**.  The parties shall file a Joint Case Management Conference Statement, or separate statements if appropriate under Civil Local Rule 16-9, on or before **April 16, 2015**.

**IT IS SO ORDERED.**

Dated:  March 23, 2015

EDWARD J. DAVILA
United States District Judge