UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHONG'S PRODUCE, INC., <br> Plaintiff, <br> v. <br> REMON I. DANIEL, <br> Defendant. | Case No. 5:14-cv-01242-EJD <br><br> **ORDER DIRECING PLAINTIFF TO FILE COMPLETE CASE MANAGEMENT CONFERENCE STATEMENT** |

On March 23, 2015, the court dissolved the previously imposed bankruptcy stay and scheduled this action for a *Case Management Conference* at 10:00 a.m. on April 23, 2015.  The court further ordered the parties to "file a Joint Case Management Conference Statement, or separate statements if appropriate under Civil Local Rule 16-9, on or before April 16, 2015." See Docket Item No. 29.

On April 16, 2015, Plaintiff filed a Status Conference Statement which does not comply with the March 23rd order or this district's requirements for the contents of a Case Management Conference Statement.  See Standing Order for All Judges of the Northern District of California, Contents of Joint Case Management Statement.  At this point, Plaintiff must provide a complete statement which explains how, and according to what schedule, it intends to bring this case to a final resolution.  Accordingly, Plaintiff is ordered to file a Case Management Conference Statement which complies with all content requirements by **4:00 p.m. on April 17, 2015.**

**IT IS SO ORDERED.**

Dated: April 16, 2015

_____
EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:14-cv-01242-EJD
ORDER DIRECING PLAINTIFF TO FILE COMPLETE CASE MANAGEMENT
CONFERENCE STATEMENT