UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHONG'S PRODUCE, INC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>REMON I. DANIEL,<br><br>　　　　Defendant. | Case No. 5:14-cv-01242-EJD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

Having reviewed Plaintiff's Case Management Statement filed on April 17, 2015 (Docket Item No. 31), the court finds that a scheduling conference is unnecessary at this time. Accordingly, the Case Management Conference scheduled for April 23, 2015, is VACATED, and Plaintiff shall comply with the following orders:

1. Since Defendant has not filed an Answer to the Complaint or otherwise formally appeared in this action, Plaintiff shall file a request for the entry of Defendant's default on or before **April 27, 2015.**

2. A hearing on Plaintiff's subsequent Motion for Default Judgment is scheduled for **9:00 a.m. on June 25, 2015.** Plaintiff shall file the motion on or before **May 21, 2015.**

**IT IS SO ORDERED.**

Dated: April 20, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 5:14-cv-01242-EJD
ORDER VACATING CASE MANAGEMENT CONFERENCE