UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHONG'S PRODUCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> REMON I. DANIEL, <br><br> Defendant. | Case No. 5:14-cv-01242-EJD <br><br> **ORDER TO SHOW CAUSE** |

On April 20, 2015, this court issued an order requiring Plaintiff Chong's Produce, Inc. ("Plaintiff") to move for entry of Defendant's default on or before April 27, 2015. See Docket Item No. 32. The court also ordered Plaintiff to file a motion for default judgment on or before May 21, 2015, and scheduled a hearing on that anticipated motion for June 25, 2015. Id.

Plaintiff only partially complied with the April 20th order. While Plaintiff moved for entry of Defendant's default by the deadline imposed, Plaintiff did not file a timely motion for default judgment. Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute or for failure to comply with a court order. If Plaintiff does not, by **June 25, 2015**, file a motion for default judgment or otherwise demonstrate good cause in writing why this case should not be dismissed, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b). No hearing will be held on the order to show cause unless otherwise ordered by the court.

In light of this order, the hearing scheduled for June 25, 2015, is VACATED.

**IT IS SO ORDERED.**

Dated: June 18, 2015

_____
EDWARD J. DAVILA
United States District Judge

1
Case No.: 5:14-cv-01242-EJD
ORDER TO SHOW CAUSE