United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHONG'S PRODUCE, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>REMON I. DANIEL,<br><br>    Defendant. | Case No. 5:14-cv-01242-EJD<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 35 |

On June 18, 2015, the court issued an order requiring Plaintiff Chong's Produce, Inc. ("Plaintiff") to, by June 25, 2015, either file a Motion for Default Judgment or otherwise show good cause in writing for its failure to do so. See Docket Item No. 35. Plaintiff complied with this order by filing a motion by the deadline imposed. See Docket Item No. 36. Accordingly, the Order to Show Cause is DISCHARGED.

**IT IS SO ORDERED.**

Dated: June 30, 2015

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:14-cv-01242-EJD
ORDER DISCHARGING ORDER TO SHOW CAUSE

1